FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 05 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS    FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-13-00043-CR

**HERNANDEZ, DONALD CHRISTOPHER**    **Tr. Ct. No. 9946-A**    **PD-1160-14**

12/31/2014

On this day, the appellant's pro se motion to appoint counsel has been denied.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *

